474 A.2d 638

Commonwealth v. Hefferon, Appellant.
Petition for Allowance of Appeal
Denied July 24, 1984.

Submitted February 21, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

Judgment of sentence affirmed.